■ In the Matter of the Arbitration between STANLEY J. STAKLINSKI, Respondent, and PYRAMID ELECTRIC COMPANY, Appellant.— Orders so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of SIPAL REALTY CORPORATION, Respondent. MAURICE WILLIAM et al., Appellants; MARTIN L. DANKERS et al., Respondents.— Order vacating dismissal of petition ·and ordering new trial unanimously reversed, on the law and in the exercise of discretion, and motion denied, without costs. This proceeding to fix emergency rent pursuant to the provisions of the Business Rent Law (L. 1945, ch. 314, § 2, as amd.) has been the subject of extensive litigation in the courts. (See 5 A D 2d 84, affd. 4 N Y 2d 1026; 8 A D 2d 355; 9 A D 2d 642.) In the latter decision we denied reargument of our prior decision (8 A D 2d 355) which reversed on the law an order granting petitioner's application for a determination of rent. In denying reargument it was suggested that in a new proceeding or new hearing newly acquired proof might be admissible. Upon a review of the extensive proceedings herein it is concluded that in the exercise of a proper discretion petitioner should be relegated to its right to commence a new proceeding to fix the emergency rent. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH EMANUEL, Respondent, against HARRY SILBERGLITT, as Warden of City Prison, New York City, et al., Appellants.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Arbitration between JOHN GRAY et al., Individually and Doing Business as Copartners under the Name of ADOLPHE ADLER, Appellants, and I. MORGENSTEIN, INC., et al., Respondents.— Order unanimously ·affirmed, with $20 costs and disbursements to the respondents-respondents. No opinion. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ JULIE KNAPP, Respondent, v. WHITMAN KNAPP, Appellant.— Order unanimously modified to the extent of fixing the amount of alimony *pendente lite* at $300 per month while plaintiff continues to occupy the apartment at No. 1185 Park Avenue, New York City, rent-free, and $500 per month if and when she terminates her occupancy of the apartment, and, as so modified, the order is affirmed, without costs. Settle order. Concur — Botein, P. J., McNally, Stevens and Bastow, JJ.

■ BARBARA GORDON, Respondent, v. JOSEPH LIFSCHITZ, Appellant.— Order granting respondent's motion to consolidate appellant's Municipal Court action to recover the balance due for professional services with respondent's Supreme Court action to recover damages for malpractice unanimously modified, on the law and in the exercise of discretion, to condition the consolidation on the payment into court by the respondent of the sum of $350 to secure the payment of the alleged fees due for professional services together with interest and costs thereon, and the order is otherwise affirmed, without costs to either party. Economy and the interests of justice will be served by consolidation of the actions (Civ. Prac. Act, § 97; *Geller* v. *Ticktin*, 6 Misc 2d 16 [LEVY, M. M., J.]). Any incentive to frustrate or delay the payment of fees properly due will be eliminated by requiring the patient to make the deposit into court. (See, however, *Murray* v. *Brown*, 3 A D 2d 989; *Perlman* v. *Perlman*, 178 Misc. 223.) Settle order. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.